## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 09-64724 |
| Cathi Jean Long | Chapter 7 |
| | Judge Hoffman |
| Debtor | |
| | **TRUSTEE'S ABANDONMENT OF PROPERTY 4891 CRYODON BOULEVARD NORTH COLUMBUS, OH 43232** |

On request of the secured creditor, US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

FOR LEGAL DESCRIPTION, SEE EXHIBIT A ATTACHED HERETO.

/s/ Sara J. Daneman, Trustee

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE / NO OBJECTION

  This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

/s/ Erin A Jochim, Case Attorney
Bar Registration #0077062
Attorneys for Movant
LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext.3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company, was electronically transmitted on or about March 11, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Leann R Deeter, Esq.
329 E Main Street
Lancaster, OH 43130
bank.cornelllaw@sbcglobal.net

Sara J. Daneman, Trustee
62 Mill Street
Gahanna, OH 43230
sjdtrust2000@yahoo.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company, was transmitted on or about March 11, 2010   via regular U.S. mail, postage pre-paid:

Cathi Jean Long
11317 Dozer Road SW
Stoutsville, OH 43154

Franklin County Treasurer
373 South High Street
17th Floor
Columbus, OH 43215

Anthony Long
4891 Cryodon Boulevard North
Columbus, OH 43232


/s/ Erin A Jochim, Case Attorney